## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                                       CASE NO. 3:14-858

ROBERT S. LEBEN

## PLEA

The Defendant, ROBERT S. LEBEN, acknowledges receipt of a copy of the INFORMATION and after arraignment pleads GUILTY in open court.

_____
(Signed)    Defendant

Columbia, South Carolina
October 8, 2015